SILAS et al., Appellants, v. ROCHESTER RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Henry H. Silas and another, as administrators, against Rochester Railway

Company. No opinion. Motion to amend order granted, and the order of this court is so far amended as to read that the judgment and order appealed from are hereby reversed on questions of law only.